IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA GROWERS' )
ASSOCIATION, INC., NATIONAL )
CHRISTMAS TREE ASSOCIATION, )
FLORIDA FRUIT AND )
VEGETABLE ASSOCIATION, INC., )
VIRGINIA AGRICULTURAL GROWERS )
ASSOCIATION, INC., SNAKE )
RIVER FARMERS ASSOCIATION, )
NATIONAL COUNCIL OF )
AGRICULTURAL EMPLOYERS, )
NORTH CAROLINA CHRISTMAS )
TREE ASSOCIATION, NORTH )
CAROLINA PICKLE PRODUCERS )
ASSOCIATION, FLORIDA CITRUS )
MUTUAL, NORTH CAROLINA )
AGRIBUSINESS COUNCIL, MAINE )
FOREST PRODUCTS COUNCIL, )
ALTA CITRUS, LLC, EVERGLADES )
HARVESTING AND HAULING, INC., )
DESOTO FRUIT AND HARVESTING, )
INC., FOREST RESOURCES )
ASSOCIATION, TITAN PEACH )
FARMS, INC., H-2A USA, INC., )
and OVERLOOK HARVESTING )
COMPANY, LLC, )
 )
    Plaintiffs, )
 )
    v. ) 1:09CV411
 )
HILDA L. SOLIS, in her )
official capacity as United )
States Secretary of Labor, )
UNITED STATES DEPARTMENT OF )
LABOR, JANET NAPOLITANO, in )
her official capacity as )
United States Secretary of )
Homeland Security, and )
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, )
 )
    Defendants. )

<u>**ORDER**</u>

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Doc. 2) is **GRANTED**.

It is **FURTHER ORDERED** that Defendants Department of Labor ("DOL"), Hilda L. Solis, in her official capacity as the Secretary of the DOL, the Department Homeland Security ("DHS"), and Janet Napolitano, in her official capacity as the Secretary of DHS, are temporarily enjoined from implementing and enforcing the Temporary Employment of H-2A Aliens in the United States, 74 Fed. Reg. 25,972, 25,972 (May 29, 2009). This temporary injunction shall remain in effect until the completion of a trial on the merits of this case, the creation of a new H-2A Rule in accordance with the Administrative Procedures Act, 5 U.S.C. § 551 <u>et seq.</u>, or further order of this court.

This the 29th day of June 2009.

<u>/s/ William L. Osteen, Jr.</u>
United States District Judge