```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


NORTH CAROLINA GROWERS'            )
ASSOCIATION, INC., NATIONAL        )
CHRISTMAS TREE ASSOCIATION,        )
FLORIDA FRUIT &                    )
VEGETABLE ASSOCIATION, INC.,       )
VIRGINIA AGRICULTURAL GROWERS      )
ASSOCIATION, INC., SNAKE           )
RIVER FARMERS ASSOCIATION,         )
NATIONAL COUNCIL OF                )
AGRICULTURAL EMPLOYERS,            )
NORTH CAROLINA CHRISTMAS           )
TREE ASSOCIATION, NORTH            )
CAROLINA PICKLE PRODUCERS          )
ASSOCIATION, FLORIDA CITRUS        )
MUTUAL, NORTH CAROLINA             )
AGRIBUSINESS COUNCIL, INC.,        )
MAINE FOREST PRODUCTS COUNCIL,     )
ALTA CITRUS, LLC, EVERGLADES       )
HARVESTING & HAULING, INC.,        )
DESOTO FRUIT AND HARVESTING,       )
INC., FOREST RESOURCES             )
ASSOCIATION, TITAN PEACH           )
FARMS, INC., H-2A USA, INC.,       )
and OVERLOOK HARVESTING            )
COMPANY, LLC,                      )
                                   )
     Plaintiffs,                   )
                                   )
          v.                       )        1:09CV411
                                   )
HILDA L. SOLIS, in her             )
official capacity as United        )
States Secretary of Labor,         )
UNITED STATES DEPARTMENT OF        )
LABOR, JANET NAPOLITANO, in        )
her official capacity as           )
United States Secretary of         )
Homeland Security, and             )
UNITED STATES DEPARTMENT OF        )
HOMELAND SECURITY,                 )
                                   )
     Defendants,                   )
                                   )
     and                           )
```

```
UNITED FARM WORKERS,              )
JAMES CEASE,                      )
MARIO CENTENO-RODRIGUEZ,          )
JUAN CISNEROS-IBARRA,             )
LUIS ENRIQUE CISNEROS-IBARRA,     )
REYMUNDO GUTIERREZ,               )
CARLOS LUIS GUZMAN-AVILA,         )
JUAN LUIS GUZMAN-CENTENO,         )
JOSE RAUL GUZMAN-CENTENO,         )
ABELARDO HERNANDEZ-AGUAS,         )
GREGORIO HUERTAS-SAMANO,          )
PEDRO IBARRA-AVILA,               )
ATANACIO LUGO-RINCON,             )
OBDULA MALDONADO-ABELLANEDA,      )
MIGUEL ANGEL OLGUIN-HERNANDEZ,    )
ARTURO OLGUIN-MONROY,             )
OMERA RODRIGUEZ-GUZMAN,           )
DESIDERIO TOVAR-ZAPATA, and       )
ALEJANDRO TREJO-LEON,             )
on behalf of themselves and       )
all others similarly situated,    )
                                  )
     Defendant-Intervenors.       )
```

## JUDGMENT

There being no just reason for delay, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Summary Judgment (Doc. 124) is **GRANTED** as to Defendant-Intervenors and a **PERMANENT INJUNCTION** is issued, enjoining the implementation of the Temporary Employment of H-2A Aliens in the United States, 74 Fed. Reg. 25,972 (May 29, 2009) and denying recovery by Defendant-Intervenors pursuant to their claims by or under the rules set out in Temporary Employment of H-2A Aliens in the United States, 74 Fed. Reg. 25,972 (May 29, 2009).

**IT IS ORDERED AND ADJUDGED** that Defendant-Intervenors' claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claims as to the Department of Labor ("DOL"), Hilda L. Solis in her official capacity as Secretary of DOL, the Department of Homeland Security ("DHS"), and Janet Napolitano in her official capacity as Secretary of DHS (collectively, "the Federal Defendants") are **DISMISSED AS MOOT**.

This court retains jurisdiction as to Plaintiffs' claim for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This the 31st day of October 2011.

/s/ William L. Osteen, Jr.
United States District Judge